UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO.  08-0341M-01 (CR) |
| | : | |
| LUIS R. HERNANDEZ, | : | VIOLATIONS: 21 U.S.C.§ 841(a)(1) |
| Defendant. | : | and § 841(b)(1)(A)(iii) |
| | : | (Unlawful Distribution of 50 Grams or More |
| | : | of Cocaine Base); |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(A)(iii) |
| | : | (Unlawful Distribution of Cocaine) |

### I N D I C T M E N T

The Grand Jury charges that:

#### COUNT ONE

On or about February 11, 2008, within the District of Columbia, **LUIS R. HERNANDEZ**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

#### COUNT TWO

On or about February 28, 2008, within the District of Columbia, **LUIS R. HERNANDEZ**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about May 21, 2008, within the District of Columbia, **LUIS R. HERNANDEZ**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

>(**Unlawful Distribution of 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

## COUNT FOUR

On or about May 21, 2008, within the District of Columbia, **LUIS R. HERNANDEZ**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

>(**Unlawful Distribution of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.