**FILED**

**JUL 1 4 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA |
| v. |
| Luis Hernandez |
| Defendant. |

Criminal 08-188

SENTENCING SCHEDULING ORDER

It is this 14th day of July 2008 hereby

ORDERED that the sentencing in this matter is set for October 3, 2008 at 2:00pm .; and it is

ORDERED that the probation officer assigned to this case disclose the initial version of the pre-sentence investigation report to the parties 45days after the referral date; and it is further

ORDERED that counsel submit their objections to the probation officer 10 days after the report is initially disclosed by the probation office; and it is further

ORDERED that the probation officer disclose to the parties and file with the court the final pre-sentence investigation report 10 days after the parties have submitted their objections; and it is further

ORDERED that the parties file any memoranda in aid of sentencing with the court 10 days after the final version of the pre-sentence report is disclosed by the probation officer; with responses thereto due five days thereafter. The parties' submissions must contain supporting case law or any other authority that the parties intend to reply upon.

**SO ORDERED.**

Henry H. Kennedy, Jr.
United States District Judge