CO-526
(12/86)

**FILED**

JUL 1 4 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA    )
                            )
                            )
     vs.                    )    Criminal No. 08-188
                            )
Luis R. Hernandez           )
                            )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
                Defendant

_____
          Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
          Judge